**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00405-CV**
_____

**GPW ONE LLC, Appellant**

**VS.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09867-CV**

**MEMORANDUM OPINION**

Appellant GPW One LLC filed a motion to dismiss this appeal. Appellant states in its motion that the parties have settled the case. This motion is voluntarily made by GPW One LLC prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on December 9, 2020
Opinion Delivered December 10, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.